**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| J.V., | : | No. 329 MAL 2018 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| C.K., | : | |
| | : | |
| Respondent | : | |

## <u>ORDER</u>

**PER CURIAM**

  **AND NOW**, this 31st day of July, 2018, the Petition for Allowance of Appeal is **DENIED**.